**No. 58700.**—The Worcester Royal Porcelain Co., Inc. v. United States, protests 217981–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise appearing on schedule "B," attached to and made a part of the decision in this case, consist of china figures similar in all material

respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.